[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

OCT 25 2019 sxb

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SPRINGSTONE FINANCIAL LLC
Plaintiff

v.

CRYSTAL CLEAR DENTAL OF TINLEY PARK, LTD
Defendant
AND DR MICHAEL EGAN DDS

Case Number: 1:19-cv-06585

Judge: HONORABLE JORGE ALONSO

Magistrate Judge: HONORABLE JEFFREY I. CUMMINGS

## RESPONSE

I ACCEPT THE DECISION IN THE ABOVE REFERENCED CASE.

/s/ DMD

MICHAEL EGAN DDS
CRYSTAL CLEAR DENTAL OF TINLEY LTD
16345 S. HARLEM AVE
SUITE 400
TINLEY PARK, IL 60477

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]