**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SPRINGSTONE FINANCIAL, LLC**, ) | |
| ) | |
| Petitioner, ) | Case No. 19 C 6585 |
| ) | |
| and ) | Hon. Jorge L. Alonso |
| ) | |
| **CRYSTAL CLEAR DENTAL OF TINLEY PARK, LTD. AND DR. MICHAEL EGAN, DDS**, ) ) ) | |
| ) | |
| Respondents. ) | |
| ) ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, on July 20, 2020, at 9:30 AM, or as soon as counsel may be heard, I shall appear before the Honorable Jorge L. Alonso, or any judge sitting in his stead, by telephonic or whatever means directed by the Court, and shall present Petitioner Springstone Financial, LLC's Motion for Entry of Default Against Crystal Clear Dental of Tinley Park, Ltd.

Dated: June 23, 2020

Respectfully Submitted,

SPRINGSTONE FINANCIAL, LLC

By:   /s/ *Andrew F. Merrick*
     One of its Attorneys

Andrew F. Merrick (ARDC # 6290213)
Alisa C. Finelli (ARDC # 6320607)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 840-7695

**CERTIFICATE OF SERVICE**

I, Andrew F. Merrick, an attorney, certify that on this June 23, 2020, I caused a copy of the foregoing Notice of Motion to be served on Respondents Crystal Clear Dental of Tinley Park, Ltd. and Dr. Michael Egan, DDS by mailing a copy to each address below.

Crystal Clear Dental of Tinley Park, Ltd.
16345 S. Harlem Ave., Suite 400
Tinley Park, IL 60477

Dr. Michael Egan, DDS
14437 S. 82nd Ave.
Orland Park, IL 60462-2903
*and*
16345 S. Harlem Ave., Suite 400
Tinley Park, IL 60477

                                            __/s/ Andrew F. Merrick_____
                                            *Attorney for Plaintiff*